FILED
United States Court of Appeals
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

**December 12, 2019**

Elisabeth A. Shumaker
Clerk of Court

| | |
|---|---|
| GIROLAMO FRANCESCO MESSERI,<br><br>   Plaintiff - Appellant,<br><br>v.<br><br>UNIVERSITY OF COLORADO, BOULDER, through its Board, the Regents of the University, a body corporate; PHILLIP DISTEFANO, individually and in his official capacity as Chancellor of the University of Colorado, Boulder; VALERIE SIMONS, individually; REGINA TIRELLA, individually; JESSICA POLINI, individually; LAUREN HASSELBACHER; CAROLE CAPSALIS, individually; JOHN THOMAS GALLOWAY, individually; AGNIESZKA LYNCH, individually,<br><br>   Defendants - Appellees. | No. 19-1410<br>(D.C. No. 1:18-CV-02658-WJM-SKC)<br>(D. Colo.) |

_____

**ORDER**
_____

This appeal is dismissed for lack of prosecution pursuant to 10th Cir. R. 42.1. A copy of this order shall stand as and for the mandate of this court.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk