# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-02658-WJM-SKC

GIROLAMO FRANCESCO MESSERI,

    Plaintiff,

v.

UNIVERSITY OF COLORADO, BOULDER, through
its Board, THE REGENTS OF THE UNIVERSITY OF
COLORADO, a body corporate,
PHILIP P. DISTEFANO, individually and in his
official capacity as Chancellor of the University of
Colorado, Boulder,
VALERIE SIMONS, individually,
REGINA TIRELLA, individually,
JESSICA POLINI, individually,
LAUREN HASSELBACHER, individually,
CAROLE CAPSALIS, individually,
JOHN THOMAS GALLOWAY, individually, and
AGNIESZKA LYNCH, individually.

    Defendants.

## STIPULATED MOTION TO DISMISS WITH PREJUDICE

Plaintiff and Defendants ("Parties") submit the following Stipulated Motion to Dismiss with Prejudice.

The Parties have resolved and settled all issues between them and as a part of their agreement stipulate that this lawsuit, including all claims, be dismissed with prejudice.

Each party is to bear its own fees, costs, and expenses.

WHEREFORE, the Parties respectfully request that this action and all claims herein be dismissed with prejudice.

Respectfully submitted on July 2, 2021.

| *s/ Erica Weston* | *s/ Jason Savela* |
|---|---|
| Erica Weston | Jason William Savela |
| Senior Associate University Counsel | Savela Law Firm, P.C. |
| University of Colorado | 250 Arapahoe Ave, Suite S-301 |
| Office of University Counsel | Boulder, CO 80302 |
| 1800 Grant Street, Suite 700 | jason@savelaw.net |
| Denver, CO 80203 | *Attorney for Plaintiff* |
| 303-860-5691 | |
| Erica.Weston@cu.edu | |
| *Attorney for Defendants* | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2021, I electronically filed the STIPULATED MOTION TO DISMISS WITH PREJUDICE with the Court's electronic filing system (CM/ECF) which will automatically cause notification to be sent to the following counsel of record:

Jason William Savela
Savela Law Firm, P.C.
250 Arapahoe Ave, Suite S-301
Boulder, CO 80302
jason@savelaw.net
*Attorney for Plaintiff-Appellant*

                                                *s/ Linda Ruth Carter*
                                                Linda Ruth Carter, Paralegal